No. 1039. PUTNAM ET AL. v. FEDERAL LAND BANK OF BALTIMORE. April 23, 1945. Petition for writ of certi-

orari to the Supreme Court of Pennsylvania denied. *Mr. Elmer McClain* for petitioners. *Mr. John L. Bitner* for respondent.